Frank P. Illman, defendant in error, v. Elza Kruse et al., plaintiffs in error.

Suit in chancery to enjoin the sale of land under a power contained in a will and to have the legal title and right to possession thereof declared to be in complainant. Decree for complainant. Appeal from the Circuit Court of Schuyler county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the April term, 1921. Transferred to Supreme Court. Opinion filed October 25, 1921.

Glass & Bottenberg, for plaintiff in error. B. O. Willard, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

Phebe Brady, appellant, v. Everett Boren, appellee.

Action for personal injuries received by plaintiff when the buggy in which she was riding was struck by defendant's automobile going in the same direction. Judgment in bar for defendant. Appeal from the Circuit Court of Adams county; the Hon. Albert Akers, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921.

Govert & Lancaster, for appellant. John E. Wall, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Fred Rhoads, administrator of the estate of Harriett Terrell, deceased, appellant, v. A. B. Huston, executor of the estate of William Terrell, deceased, appellee.

Appeal in which the abstract failed to disclose the nature of the action. Appeal from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April, term, 1921. Affirmed. Opinion filed October 25, 1921.

Fred Rhoads, *pro se.* James K. Lauher and Paul B. Lauher, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Adolph Hunziker, appellee, v. Thomas A. Mulcahey and Katherine A. Mulcahey, appellants.

Action upon a promissory note. Judgment for plaintiff reversed on appeal and case redocketed in circuit court. Judgment again rendered for plaintiff. Appeal from the Circuit Court of Tazewell county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Niehaus, J., took no part in this decision. Opinion filed October 25, 1921.

Jesse Black, Jr. and J. M. Powers, for appellants. Ralph Dempsey and William A. Potts, for appellee.

Mr. Justice Heard delivered the opinion of the court.